1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM J. GULLOTTA (CTBN 423420)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        William.Gullotta@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,            )
13                                       ) Case No. CR 18-0040 JST
          Plaintiff,                     )
14                                       ) STIPULATION AND [PROPOSED] ORDER
       v.                                ) EXCLUDING TIME FROM FEBRUARY 23, 2018,
15                                       ) THROUGH MARCH 9, 2018
   WALLACE LEE GILMORE,                  )
16                                       )
          Defendant.                     )
17                                       )
                                         )
18  _____)

19         Plaintiff United States of America and defendant Wallace Lee Gilmore, by and through their

20  respective counsel of record, hereby stipulate as follows:

21         1.     On February 23, 2018, the parties appeared before the Honorable Jon S. Tigar for the first

22  District Court appearance in this case.  The parties reported to the Court that the government has

23  provided discovery in this case at that hearing.  Therefore, the parties asked the Court to schedule a

24  second status conference on March 9, 2018, to provide the defense with time to review the discovery

25  and discuss the case going forward.

26         2.     Pursuant to the request of the parties, the Court set the matter for a status conference to

27  occur on March 9, 2018, at 9:30 a.m.

28         3.     At the hearing on February 23, 2018, the parties jointly stipulated to exclude the time

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST

1  from February 23, 2018, through March 9, 2018, from the time in which the defendant must be brought

2  to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* As mentioned above, the government

3  produced discovery in this case on February 23, 2018, and the defense needs time to review the

4  discovery and discuss the case. Therefore, the parties agree that the time period from February 23,

5  2018, through March 9, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

6  (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of

7  the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the

8  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9       IT IS SO STIPULATED.

10

11  Dated: February 23, 2018                    ALEX G. TSE
                                                Acting United States Attorney
12

13                                                 /s/
14                                              WILLIAM J. GULLOTTA
                                                Assistant United States Attorney
15

16  Dated: February 23, 2018                       /s/
17                                              JOYCE LEAVITT
                                                Attorney for Defendant Wallace Gilmore
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST

## **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from February 23, 2018, through March 9, 2018, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 23, 2018, through March 9, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on March 9, 2018, at 9:30 a.m. for a status conference, and that the time from February 23, 2018, through March 9, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: __February 27, 2018__



THE HO
United St

IT IS SO ORDERED

Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST