1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM J. GULLOTTA (CTBN 423420)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       William.Gullotta@usdoj.gov
8
   Attorneys for United States of America
9
                             UNITED STATES DISTRICT COURT
10
                            NORTHERN DISTRICT OF CALIFORNIA
11
                                     OAKLAND DIVISION
12

   UNITED STATES OF AMERICA,              )
13                                         ) Case No. CR 18-0040 JST
           Plaintiff,                      )
14                                         ) STIPULATION AND [PROPOSED] ORDER
        v.                                 ) EXCLUDING TIME FROM MARCH 9, 2018,
15                                         ) THROUGH APRIL 20, 2018
   WALLACE LEE GILMORE,                    )
16                                         )
           Defendant.                      )
17                                         )
                                           )
18

19     Plaintiff United States of America and defendant Wallace Lee Gilmore, by and through their

20 respective counsel of record, hereby stipulate as follows:

21     1.      On February 23, 2018, the parties appeared before the Honorable Jon S. Tigar for the first

22 District Court appearance in this case. The parties reported to the Court that the government has

23 provided discovery in this case at that hearing. Therefore, the parties asked the Court to schedule a

24 second status conference on March 9, 2018, to provide the defense with time to review the discovery

25 and discuss the case going forward. The Court excluded time under the Speedy Trial Act through March

26 9, 2018. Dkt. # 13.

27     2.      On March 9, 2018, the parties appeared before the Honorable Jon S. Tigar for the second

28 District Court appearance in this case. The defense reported that it continues to review the discovery in

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST

1 | this case, including multiple body camera videos, and the government reported that it provided a draft
2 | (unapproved) plea offer to the defense at the hearing. The defense requires additional time to finish its
3 | review of the discovery, to review the proposed plea offer, and to discuss the case with the defendant.
4 | Therefore, the parties asked the Court to schedule a hearing on April 20, 2018. The Court agreed and set
5 | a change of plea or motions/trial setting hearing to occur on April 20, 2018, at 9:30 a.m.

3. At the hearing on March 9, 2018, the parties jointly stipulated to exclude the time from March 9, 2018, through April 20, 2018, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. As mentioned above, the government produced discovery in this case on February 23, 2018, and the defense needs time to complete its review of the discovery and discuss proposed plea offer in this case. Therefore, the parties now agree in writing that the time period from March 9, 2018, through April 20, 2018, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: March 9, 2018

ALEX G. TSE
Acting United States Attorney

 /s/
WILLIAM J. GULLOTTA
Assistant United States Attorney

Dated: March 9, 2018

 /s/
JOYCE LEAVITT
Attorney for Defendant Wallace Gilmore

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST

| | |
|---|---|
| 1 | **ORDER** |

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from March 9, 2018, through April 20, 2018, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 9, 2018, through April 20, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on April 20, 2018, at 9:30 a.m. for a status conference, and that the time from March 9, 2018, through April 20, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 13, 2018

THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-0040 JST