STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Joyce_Leavitt@fd.org

Counsel for Defendant Gilmore

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALLACE GILMORE,<br><br>　　　　　Defendant. | **Case No.:** CR 18–00040 JST<br><br>**STIPULATION AND [PROPOSED]　ORDER RE-SETTING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the evidentiary hearing on Defendant's Motion to Suppress, currently set for June 29, 2018, at 1:30 p.m., may be vacated and reset for August 17, 2018, at 1:30 p.m. in order to provide defense counsel an opportunity to subpoena Henthorn materials regarding the involved police officers and sufficient time to review and investigate any information that may be obtained prior to the hearing.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER SETTING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS
*GILMORE*, CR 18–00040 JST

1

| | |
|---|---|
| DATED: June 25, 2018 | /S/ |
| | JOYCE LEAVITT |
| | Assistant Federal Public Defender |

| | |
|---|---|
| DATED: June 25, 2018 | /S/ |
| | WILLIAM GULLOTTA |
| | Assistant United States Attorney |

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the evidentiary hearing date on Defendant's Motion to Suppress, currently set for June 29, 2018, at 1:30 p.m., is vacated and reset for August 17, 2018, at 1:30 p.m.

IT IS SO ORDERED.

DATED: June 25, 2018

HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS
*GILMORE*, CR 18–00040 JST

2