IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALLACE GILMORE,<br><br>Defendant. | **Case No.:** CR 18–0040 JST<br><br>[~~PROPOSED~~] **ORDER CONTINUING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS**<br><br>**Court:** Courtroom 2, 4th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the evidentiary hearing date on Defendant's Motion to Suppress, currently set for August 17, 2018, at 1:30 p.m. is hereby vacated and reset for November 2, 2018, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  August 13, 2018_____    _____
HONORABLE JON S. TIGAR
United States District Judge